IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **VERONICA BURKEY, ETC.,** | Case No. 5:15 CV 2571 |
| Plaintiff, | Judge John R. Adams |
| v. | Magistrate Judge James R. Knepp, II |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | REPORT AND RECOMENDATION |

*Pro se* Plaintiff filed a complaint against the Commissioner of Social Security on December 11, 2015. (Doc. 1). The Court issued an order on December 23, 2015, detailing the briefing schedule to which Plaintiff had to comply; she had 30 days after Defendant filed an answer and transcript to file a brief on the merits. (Doc. 7). Defendant filed its answer and transcript on February 29, 2016. (Docs. 10, 11). On April 14, 2016, the Court issued an order giving Plaintiff 14 days to file her brief on the merits or show cause why the case should not be dismissed for want of prosecution. (Doc. 12). Plaintiff did not file a brief on the merits or show cause for her failure to do so.

Accordingly, the undersigned recommends the case be dismissed for want of prosecution. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-32 (1962) (recognizing district courts have the inherent authority to *sua sponte* dismiss an action for lack of prosecution).

s/James R. Knepp, II
United States Magistrate Judge

ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen days of service of this notice. Failure to file objections within the specified time WAIVES the right to appeal the Magistrate Judge's recommendation. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985).