UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VERONICA BURKEY, Parent of other J.S. | ) ) | CASE NO. 5:15-cv-02571-JRA |
| Plaintiff, | ) ) | JUDGE JOHN R. ADAMS |
| -vs- | ) ) ) | MEMORANDUM OF OPINION |
| COMMISSIONER OF SOCIAL SECURITY | ) ) ) | AND ORDER |
| Defendant. | ) | |

The Social Security Administration denied Plaintiff's application for supplemental security income on behalf of her minor child under Title XVI of the Social Security Act (42 U.S.C. § 1381 *et seq.*) in the above-captioned case.  Plaintiff sought judicial review of the Commissioner's decision, and the case was referred to Magistrate Judge James R. Knepp, II for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1).  The Magistrate Judge submitted a report and recommendation (Doc. 13) that this Court dismiss the underlying action for want of prosecution.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service.  To date, no objections have been filed.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted.

This action is dismissed for want of prosecution.

IT IS SO ORDERED.

Dated: <u>August 1, 2016</u>               <u>/s/ John R. Adams              </u>
                                                                                                       UNITED STATES DISTRICT JUDGE